UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL PATTERSON,

                Plaintiff,

  -v-

EMBLEMHEALTH INC. and BLANCA VAZQUEZ-CUZCO,

                Defendants.

CIVIL ACTION NO. 22 Civ. 2177 (LTE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On review of the parties' proposed case management plan (ECF No. 24 (the "PCMP")), the Court finds that an initial case management conference ("ICMC") is unnecessary. Accordingly, the ICMC scheduled for January 4, 2024 is CANCELLED. The Court will enter the PCMP by separate Order.

A telephonic status conference is scheduled for **Monday, March 11, 2024 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to terminate the ICMC scheduled for January 4, 2024.

Dated:    New York, New York
            December 21, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**