

November 22, 2024

**VIA E-MAIL**

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **Patterson v. EmblemHealth et al.
Case No. 22-CV-2177 (LTS) (SLC)**

Dear Judge Cave:

> Defendants' Letter-Motion seeking an extension of time to file a motion for summary judgment (ECF No. 38) is GRANTED, and the briefing schedule set forth in the Letter-Motion is ADOPTED. Consistent with this extension, the final pretrial conference (the "FPC") scheduled for Friday, April 25, 2025 before the Honorable Laura Taylor Swain is ADJOURNED to **Friday, May 9, 2025 at 11:00 a.m.** All deadlines tied to the FPC's date in the Court's Order at ECF No. 37 are adjusted accordingly.
>
> The Clerk of Court is respectfully directed to close ECF No. 38.
>
> SO ORDERED.   11/26/2024
>
> SARAH L. CAVE
> United States Magistrate Judge

As Your Honor will recall, we represent the Defendants EmblemHealth Inc. and Blanca Vazquez-Cuzco in this action. Yesterday afternoon, we received the Court's Pretrial Scheduling Order (Docket No. 37) that directed dispositive motions to be filed by January 10, 2025. However, I will be out of the country and out from December 19, 2024 through January 2, 2025 and would greatly appreciate a brief additional period to prepare and file Defendants' anticipated summary judgment motion in light of my absence during that period.

Accordingly, we respectfully request a brief <u>two-week</u> extension of time to serve and file dispositive motions from January 10th <u>to January 24, 2025</u>. This is the first request for such an extension, and the extension would not affect any other dates or deadlines in Your Honor's Scheduling Order. Plaintiff consents to this request and the parties have discussed a proposed briefing schedule subject to Your Honor's approval:

- January 24, 2025 – Defendants serve and file summary judgment motion.
- February 24, 2025 – Plaintiff serves and files opposition.
- March 17, 2025 – Defendants serve and file reply.

Thank you very much for your attention to this matter.

COZEN O'CONNOR

BY:   MICHAEL C. SCHMIDT

cc:   All Counsel of Record (via e-mail)

LEGAL\74250184\1