

January 21, 2025

**Michael C. Schmidt**
Direct Phone  212-453-3937
Direct Fax  866-736-3682
mschmidt@cozen.com

<u>VIA E-MAIL</u>

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: **Patterson v. EmblemHealth et al.**
     <u>**Case No. 22-CV-2177 (LTS) (SLC)**</u>

Dear Judge Cave:

 Happy New Year. As Your Honor will recall, we represent the Defendants EmblemHealth Inc. and Blanca Vazquez-Cuzco in this action, and respectfully write to request a brief two-day extension of time to file Defendants' motion for summary judgment. Plaintiff's counsel has consented to this request.

 On November 26, 2024, Your Honor granted our first application for a request (on consent) to briefly extend the briefing schedule. While Defendants' summary judgment motion is due to be filed this Friday, January 24th, we need only an additional two days to file the motion due to unforeseen scheduling issues last week and this week. As noted above, Plaintiff's counsel has consented to this request, and has similarly asked for a one-week extension to file opposition, to which we consent as well.

 Accordingly, we respectfully request the following modified briefing schedule:

- Deadline to file Defendants' summary judgment motion extended for two days from Friday, January 24th <u>to Tuesday, January 28, 2025</u>.

- Deadline for Plaintiff to file opposition extended for one week from February 24th <u>to March 3, 2025</u>.

- Deadline for Defendants to file reply extended for one week from March 17th <u>to March 24, 2025</u>.

---

The parties' Letter-Motion at ECF No. 40 is GRANTED, and the briefing schedule set forth therein is ADOPTED. All other existing deadlines are unaffected by this order.

The Clerk of Court is respectfully directed to close ECF No. 40.

SO ORDERED.   1/21/2025
          *Sarah L. Cave*
          SARAH L. CAVE
          United States Magistrate Judge