

August 6, 2025

**VIA ECF**

**Michael C. Schmidt**
Direct Phone   212-453-3937
Direct Fax      866-736-3682
mschmidt@cozen.com

Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:    **Patterson v. EmblemHealth et al.**
       **Case No. 22-CV-02177 (LTS) (SLC)**

Dear Judge Swain:

We represent the Defendants in the above-referenced action and hope that you have been enjoying the summer.

This past Monday (August 4th), Your Honor adjourned the initial pre-trial conference from August 15th to November 7, 2025 in light of the pending summary judgment motion. Docket No. 68. However, I am already scheduled to be out of state for pre-planned travel from November 5th through November 8th. Accordingly, and in the event the pre-trial conference is necessary after disposition of the pending motion, we respectfully request a brief adjournment of the November 7th date.

I conferred with Plaintiff's counsel, who consents to this request. Both sides are available on the following alternate dates if any of these work for the Court instead: November 10th, November 20th, or November 21st.

Thank you very much for your consideration and attention to this matter.

Very truly yours,

COZEN O'CONNOR

The foregoing request is granted. The conference is adjourned to December 4, 2025, at 11:30 AM. DE # 69 is resolved.
SO ORDERED.
8/7/2025
/s/ Laura Taylor

BY:    MICHAEL C. SCHMIDT

cc:    All Counsel of Record (via ECF)

LEGAL\79426042\1