UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MICHAEL PATTERSON,

              Plaintiff,

   -v-                                       22-cv-2177-LTS-SLC

EMBLEMHEALTH SERVICES COMPANY,
LLC ET AL.,

              Defendant.

-------------------------------------------------------x

## ORDER

In light of the pending Motion for Summary Judgment, the initial pretrial conference in this matter currently scheduled for December 5, 2025, at 11:30 a.m., is hereby adjourned to **March 6, 2026, at 11:30 a.m.** in Courtroom 17C**.** This Order resolves Docket Entry No. 72.

         SO ORDERED.

Dated: New York, New York
December 1, 2025

                               /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              United States District Judge