LAW OFFICE OF DANIELA NANAU, P.C.

March 2, 2026

*Via ECF*
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:  ***Patterson v. EmblemHealth et al.,***
     **Case No. 22-CV-2177 (LTS) (SLC)**

Dear Judge Swain:

I represent the Plaintiff, Michael Patterson, in the above-referenced action and write on behalf of the parties regarding the initial pre-trial conference currently scheduled for Friday, March 6, 2026 at 11:30 a.m.

On January 28, 2025, the Court granted the parties' Joint Motion for a Stay, which sought to defer compliance with various pre-trial deadlines defined in the November 2024 Scheduling Order, in light of the Defendants' pending Motion for Summary Judgment. *See* Docket No. 49.

In accordance with that Order, the parties respectfully request that the initial pre-trial conference scheduled for this Friday be adjourned until after issuance of a decision on the Defendants' pending Motion.

We appreciate the Court's consideration and attention to this matter.

Respectfully submitted,

By:  DANIELA NANAU

cc: Defendants' counsel via ECF

The FPTC is hereby adjourned to June 5, 2026, at 11am.
SO ORDERED.
3/2/2026
/s/ Laura Taylor Swain, Chief USDJ

89-03 Rutledge Avenue, Glendale, NY 11385-7935 • Tel: (888) 404-4975 • Fax: (718) 998-6916
DN@DANIELANANAU.COM • WWW.DANIELANANAU.COM

NYC.