UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

MICHAEL PATTERSON,

Plaintiff(s),

-v- 22CV02177-LTS-SLC

EMBLEMHEALTH SERVICES COMPANY, LLC ET AL.,

Defendant(s).

-----------------------------------------------------x

**ORDER**

In light of the pending motion, the final pretrial conference in this matter currently scheduled for **Friday, September 4, 2026**, is hereby adjourned to **Friday, December 4, 2026,** at **11:00 AM.**

SO ORDERED.

Dated: New York, New York
August 26, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge